IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**QURDELL WASHINGTON,**
ADC #161204                                                                                            **PLAINTIFF**

v.                              Case No. 2:20-cv-181-KGB-BD

**DEEN,** *et al.*                                                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 14).   No party has filed objections, and the time to do so has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.   Accordingly, the Court grants defendants' motion to dismiss (Dkt. No. 12).

So ordered this 6th day of August, 2021.

_____
Kristine G. Baker
United States District Judge