IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**QURDELL WASHINGTON,**
**ADC #161204**                                                                 **PLAINTIFF**

v.                  Case No. 2:20-cv-181-KGB-BD

**DEEN,** *et al.*                                                                **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Qurdell Washington's complaint is dismissed (Dkt. No. 2).

So adjudged this 6th day of August, 2021.

                                                                          _____
                                                                          Kristine G. Baker
                                                                          United States District Judge